**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA          VAU
EFFECTIVE DATE OF REGISTRATION

Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**
SexGen Platinum + Diamond Base v5.01

**NATURE OF THIS WORK ▼** See instructions
Computer Graphic/Animation

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**NAME OF AUTHOR ▼**
Eros, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of __United States__
    Domiciled in __Lutz, FLorida__

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☑ No
Pseudonymous?  ☐ Yes    ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☑ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?  ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Year in Which Creation of This Work Was Completed**
__2004__ Year  This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month __March__  Day __28__  Year __2005__
__United States__  Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eros, LLC
16207 September Drive, Lutz, Florida 33549

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

EXHIBIT C

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Eros, LLC
16207 September Drive, Lutz, Florida 33549

Area code and daytime telephone number  (813) 842-0761     Fax number  (813) 930-9206
Email  stroker.serpentine@gmail.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Eros, LLC**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Kevin Alderman, CEO, Eros, LLC     Date  06/22/07

Handwritten signature (X) ▼
X _[signature]_

Certificate will be mailed in window envelope to this address:
Name ▼
Eros, LLC
16207 September Drive
Lutz, Florida 33549

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS...



**Check:**

EROS LLC 05/07
1012
69-216/631

PAY TO THE ORDER OF: Register of Copyrights

$45.00

Forty-five + no/100 DOLLARS

DATE: 6-22-07

SUNTRUST
ACH RT 061000104

FOR: Songer S.O.I.

Debra J Alderman

**Certified Mail Receipt:**

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20559

| | | |
|---|---|---|
| Postage | $ | $0.97 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.77 |

Postmark Here

Sent To: LIBRARY OF CONGRESS
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7006 3450 0000 9954 1922

PS Form 3800, August 2006  See Reverse for Instructions

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____  VAU _____
EFFECTIVE DATE OF REGISTRATION

_____
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work** ▼                                  **NATURE OF THIS WORK** ▼ See instructions

SexGen Platinum Base v.4.01                              Computer Graphic/Animation

**Previous or Alternative Titles** ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼

If published in a periodical or serial give: **Volume** ▼    **Number** ▼    **Issue Date** ▼    **On Pages** ▼

---

**NAME OF AUTHOR** ▼                                     **DATES OF BIRTH AND DEATH**
Eros, LLC                                                Year Born ▼    Year Died ▼

Was this contribution to the work a    **Author's Nationality or Domicile**    **Was This Author's Contribution to the Work**
"work made for hire"?                  Name of Country                          Anonymous?     ☐ Yes  ☒ No    If the answer to either
☐ Yes                                  OR { Citizen of ___United States___                                   of these questions is
☒ No                                       Domiciled in __Lutz, FLorida__      Pseudonymous?  ☐ Yes  ☒ No    "Yes," see detailed
                                                                                                             instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☒ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**Name of Author** ▼                                     **Dates of Birth and Death**
                                                         Year Born ▼    Year Died ▼

Was this contribution to the work a    **Author's Nationality or Domicile**    **Was This Author's Contribution to the Work**
"work made for hire"?                  Name of Country                          Anonymous?     ☐ Yes  ☐ No    If the answer to either
☐ Yes                                  OR { Citizen of _____                                        of these questions is
☐ No                                       Domiciled in _____         Pseudonymous?  ☐ Yes  ☐ No    "Yes," see detailed
                                                                                                             instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

---

**Year in Which Creation of This Work Was**    **Date and Nation of First Publication of This Particular Work**
Completed                                      Complete this information  Month __March__  Day __28__  Year __2005__
__2004__   Year   This information             ONLY if this work
           must be given                       has been published.        __United States__                           Nation
           in all cases.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eros, LLC
16207 September Drive, Lutz, Florida 33549

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK** ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

*Margin notes:*
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

See instructions before completing this space

| | EXAMINED BY | | FORM VA |
|---|---|---|---|
| | CHECKED BY | | |
| | ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Eros, LLC
16207 September Drive, Lutz, Florida 33549

Area code and daytime telephone number  (813) 842-0761          Fax number  (813) 930-9206
Email  stroker.serpentine@gmail.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Eros, LLC
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Kevin Alderman, CEO, Eros, LLC                              Date  06/22/07

Handwritten signature (X) ▼
X _[signature]_

Certificate will be mailed in window envelope to this address:
Name ▼  Eros, LLC
Number/Street/Apt ▼  16207 September Drive
City/State/ZIP ▼  Lutz, Florida 33549

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §505(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. Government Printing Office: 2004-320-958/60,125





**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

_____
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**
SexGen Platinum Base v4.01

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
| (As yet unassigned) | 2007 |
| **Name(s) of Author(s) ▼** | **Name(s) of Copyright Claimant(s) ▼** |
| Eros, LLC | Eros, LLC |

**Location and Nature of Incorrect Information in Basic Registration ▼**
Line Number  #2A  Line Heading or Description  Name of Author

**Incorrect Information as It Appears in Basic Registration ▼**
Eros, LLC

**Corrected Information ▼**
Mr. Kevin Alderman resident of Lutz, Florida (also) Mr. Hans Croes resident of Amsterdam, Netherlands

**Explanation of Correction ▼**
Mr(s) Alderman and Croes subsequently assign their copyrights in the work to Eros LLC

**Location and Nature of Information in Basic Registration to be Amplified ▼**
Line Number  #4   Line Heading or Description  Transfer

**Amplified Information and Explanation of Information ▼**
Eros LLC is the owner of the copyrights by way of assignment from Mr. Alderman and Mr. Croes

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.
              • See detailed instructions.  • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

|                                    | FORM CA |
|---|---|
| FORM CA: RECEIVED  |  |
| FUNDS RECEIVED DATE |  |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ |  |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES  ☐ NO |  |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Kevin Alderman
16207 September Dr.
Lutz, FL. 33549

Phone ( 813 ) 909-2071     Fax (   )     Email stroker.serpentine@gmail.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____
Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of  **Eros, LLC**
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Kevin Alderman, CEO, Eros, LLC     Date ▼ 7/2/07

Handwritten signature (X) ▼ [signature]

Certificate will be mailed in window envelope to this address:
Name ▼
Number/Street/Apt ▼
City/State/ZIP ▼

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full  Rev: 07/2006   Print: 07/2006—**,000   Printed on recycled paper       U.S. Government Printing Office: 2006—---/--,---







**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**
SexGen Platinum+Diamond Base v5.01

**Registration Number of the Basic Registration ▼**
(As yet unassigned)

**Year of Basic Registration ▼**
2007

**Name(s) of Author(s) ▼**
Eros, LLC

**Name(s) of Copyright Claimant(s) ▼**
Eros, LLC

**Location and Nature of Incorrect Information in Basic Registration ▼**
Line Number #2A    Line Heading or Description  Name of Author

**Incorrect Information as It Appears in Basic Registration ▼**
Eros, LLC

**Corrected Information ▼**
Mr. Kevin Alderman resident of Lutz, Florida (also) Mr. Hans Croes resident of Amsterdam, Netherlands

**Explanation of Correction ▼**
Mr(s) Alderman and Croes subsequently assign their copyrights in the work to Eros LLC

**Location and Nature of Information in Basic Registration to be Amplified ▼**
Line Number #4    Line Heading or Description  Transfer

**Amplified Information and Explanation of Information ▼**
Eros LLC is the owner of the copyrights by way of assignment from Mr. Alderman and Mr. Croes

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

|                                    | FORM CA |
|---|---|
| FORM CA RECEIVED                   |         |
| FUNDS RECEIVED DATE                |         |
| EXAMINED BY                        | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐                   |         |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

---

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Kevin Alderman
16207 September Dr.
Lutz, FL. 33549

Phone ( 813 ) 909-2071   Fax (     )   Email stroker.serpentine@gmail.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name _____
Account Number _____

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of **Eros, LLC**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Kevin Alderman, CEO, Eros, LLC       Date ▼ 7/02/07

Handwritten signature (X) ▼ [signature]

Certificate will be mailed in window envelope to this address:
Name ▼
Number/Street/Apt ▼
City/State/ZIP ▼

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev: 07/2006  Print: 07/2006—••,000  Printed on recycled paper               U.S. Government Printing Office: 2006-••••/••,••

EROS LLC 05/07
16207 September Dr
Lutz, FL 33549

1152
63-215/631

DATE 7-2-07

PAY TO THE ORDER OF Register of Corporations    $115.00

One hundred fifteen + no/100    DOLLARS

SunTrust
ACH RT 061000104

FOR Copyright infringement #2

sex gen 5.01

⑆001152⑆ ⑆063102152⑆ 1000056508073⑆




**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0000 9954 1922**
Status: Delivered

Your item was delivered at 8:16 AM on June 26, 2007 in WASHINGTON, DC 20559.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >


POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust       Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    7/1/2007



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 3450 0000 9954 1915**
Status: Delivered

Your item was delivered at 7:49 AM on July 2, 2007 in WASHINGTON, DC 20559.

**Track & Confirm**
Enter Label/Receipt Number.

*Additional Details >*     *Return to USPS.com Home >*

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

