## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| EROS, LLC, | : | CIVIL ACTION NO.: |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| JOHN DOE, a/k/a VOLKOV CATTENEO, | : | |
| a/k/a AARON LONG, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### COMPLAINT

Plaintiff Eros, LLC ("Eros") says the following by way of Complaint:

### NATURE OF THE ACTION

1.     Eros is one of the most successful merchants doing business within the virtual world platform known as Second Life.  Eros makes and sells virtual adult-themed objects within the Second Life platform.

2.     Defendant John Doe, a/k/a Volkov Catteneo, a/k/a Aaron Long ("Defendant"), has been making and selling, and continues to make and sell numerous unauthorized copies of Eros's virtual products within Second Life using Eros's trademark in violation of the Lanham Act and the Copyright Act.

3.     Eros brings this action to recover damages arising from and to enjoin defendant's violation of the Lanham and Copyright Acts.

### PARTIES AND JURISDICTION

4.     Eros is a limited liability corporation organized under the laws of Florida having its principal place of business at 16207 September Drive, Lutz, Florida 33549.

5.      Upon information and belief, defendant John Doe a/k/a/ Volkov Catteneo a/k/a Aaron Long ("Defendant"), whose actual identity is presently unknown to Eros, is an individual residing in the United States.

6.      This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338(a) and 15 U.S.C. § 1121.

7.      This Court has personal jurisdiction over defendant, and venue is proper within this District pursuant to 28 U.S.C. § 1391(a)(2) because defendant has purposefully directed his course of conduct and other infringing acts toward, and has injured, Eros, which is a entity having its principal place of business within this District, because a substantial part of the acts and omissions giving rise to the claims in this action occurred in this District, and because a substantial portion of the property that is the subject of this action is situated within this District.

## FACTUAL BACKGROUND

8.      The Second Life virtual world platform ("Second Life") is an internet hosted interactive computer simulation which allows its participants to see, hear, use and modify the simulated objects in the computer generated environment.  Second Life users adopt a Second Life name and a character or "avatar" to represent themselves virtually within Second Life.

9.      Linden Research, Inc. ("Linden") owns and operates Second Life, which is currently hosted at http://secondlife.com.  According to Linden, there are currently over 7 million different Second Life accounts.  There are Second Life users throughout the United States and in many foreign countries.

10.      At all times relevant to this Complaint and continuing to the date of the filing of this Complaint, by and through the "Terms of Service" governing users' participation in Second Life, Linden has recognized and allowed Second Life users to retain all intellectual property

rights in the digital content that they create, place or otherwise own within Second Life.  As a result, Second Life users conduct significant commerce within Second Life each day.  According to Linden, on a typical day Second Life users conduct transactions cumulatively involving well over 1 million dollars.

11.     Eros is engaged in, *inter alia*, the sale of a number of adult-themed virtual objects for use within Second Life in interstate commerce to Second Life users throughout the United States and foreign countries.

12.     Principally through the marketing efforts of Kevin Alderman, Eros's Chief Executive Officer (known within Second Life as "Stroker Serpentine"), Eros's products have become widely known within Second Life, with Mr. Alderman, Eros and Eros's products receiving substantial coverage from national and international technologically oriented media properties such as *ABC Australia*, *Wired*, *eBay Magazin*, *InformationWeek*, *iVillage*, and *Huff Report*.

13.     Eros also routinely promotes its products throughout Second Life by placing advertisements and conducting promotional events within numerous virtual adult/social themed clubs within Second Life.

14.     Eros's products have built a reputation within Second Life for performance, quality and value, and as a result, upon information and belief, are among the best selling adult-themed virtual objects within Second Life.

15.     Two of these products are known as the SexGen Platinum Base Unit v4.01(hereinafter, "Item 1") and the SexGen Platinum+Diamond Base v5.01 ("hereinafter, "Item 2" and together with Item 1, the "Items").  True and correct screen shots depicting Item 1 and Item 2 as they appear within Second Life are attached as Exhibits "A" and "B", respectively.

16.    Eros uses the SexGen trademark (the "Mark") to sell the Items within Second Life, and generally as a method of identifying a number of Eros's products, including but not limited to the Items.

17.    Since 2005, Mr. Alderman, by and through Eros as well as a previous company that Mr. Alderman owned, has sold thousands of copies of the Items in interstate commerce to Second Life users in locations throughout the United States and in numerous foreign countries, using the Mark.  Eros currently owns all rights in and to the Mark.

18.    As a result of Eros's substantial sales of the Items, and Mr. Alderman's and Eros's promotional and advertising efforts, the Mark has become famous and distinctive among the relevant consuming public, serving to distinguish Eros's goods from those of its competitors and to identify Eros as the source of those goods.

19.    On or about June 11, 2007, Eros filed an application to obtain federal trademark registration, serial number 77202601, for the Mark with the United States Patent and Trademark Office.

20.    Eros offers the Items for sale within Second Life on a "no copy" basis, meaning that while Eros permits other Second Life users to, *inter alia*, transfer the Items that Eros sells to other Second Life users, Eros prohibits other Second Life users from making copies of the Items.

21.    The Items are comprised of original material that is copyrightable.

22.    Eros is the owner of the copyrights in the Items within the meaning of 17 U.S.C. § 101.

23.    On or about June 25, 2007, Eros filed applications for copyright registrations for Item 1 and Item 2 with the United States Copyright Office.  True and correct copies of the applications and other documents associated with the applications are attached as Exhibits "C"

24.     Defendant maintains one or more accounts within Second Life, and is known as Volkov Catteneo within Second Life.  On information and belief, based on information obtained through Eros's investigation of Defendant's activities, defendant is an adult male who has in connection with his other on-line activities listed his name as "Aaron Long."  Eros does not know whether Aaron Long is a pseudonym.

25.     Despite reasonable efforts, Eros does not presently know Defendant's true identity or address but intends to obtain this information by way of subpoenas directed to one or more internet service providers that are likely to have obtained said information from Defendant.

26.     Beginning no later than in or about April, 2007, defendant has made and sold, using the Mark, numerous unauthorized copies of the Items, and derivative works based on the Items, within Second Life in interstate commerce to Second Life users in locations such as Georgia, West Virginia and Great Britain.  In connection with the sales of the unauthorized copies of the Items, Defendant has misrepresented the copies as authorized and legitimate copies of the Items created by Eros, resulting in actual consumer confusion regarding the origin of the copies.  A true and correct screen shot depicting an unauthorized copy of the Item that Eros has been able to obtain is attached as Exhibit "D."

27.     Defendant's acts as described herein have at all times been and continue to be willful, wanton, malicious, and committed in bad faith, with the deliberate intent to deceive or confuse the consuming public, to harm Eros in its business by trading off of the reputation and goodwill associated with the Mark, and to unjustly profit from the fame of and goodwill associated with the Mark.

28.     As a direct and proximate result of defendant's acts, Eros has been damaged and continues to be irreparably damaged through the diversion of sales, profits and consumer interest

from Eros to Defendant, and the creation of consumer confusion and uncertainty as to the source and quality of Eros's products and its affiliation with or sponsorship of Defendant.

29.    Defendant will suffer no harm as the result of a grant preliminary and/or permanent injunctive relief in Eros's favor and against Defendant, as Defendant has no legal justification for his sale of unauthorized use of the Mark and infringement of Eros's copyrights, and is making no legitimate use of Eros's Mark and copyrights.

30.    There is a substantial likelihood that Eros will succeed on the merits of its Lanham Act and Copyright Act claims against Defendant.

31.    The public interest favors the entry of an injunction against Defendant to protect consumers in Florida and elsewhere from the confusion, diversion, and deception that has been and is likely to continue being caused by Defendant's illegal conduct.

## COUNT I
## LANHAM ACT VIOLATION-UNFAIR COMPETITION
## AND FALSE DESCRIPTION OF ORIGIN

32.    Eros incorporates the allegations of paragraphs 1 through 31 as though set forth fully herein.

33.    Defendant has falsely designated the origin of the unauthorized copies of the Items defendant has sold, and made false and misleading descriptions and representations of fact in the course of selling these copies.

34.    Defendant's conduct as described above has caused confusion, mistake and deception as to the origin, sponsorship or approval by Eros of defendant's goods and commercial activities.

35.    Defendant's conduct was willful.

36.    As a direct and proximate result of Defendant's conduct, Eros has suffered and will continue to suffer damages from lost sales, the diversion of consumer interest, and injury to its business reputation and to the goodwill associated with its products and materials in an amount to be proven at trial.

37.    Upon information and belief, Defendant continues to make unauthorized copies of the Items, and to make false and misleading descriptions and representations of fact in the course of selling these copies, and in the absence of an injunction prohibiting Defendant from doing so, intends to and will continue to do so in the future.

WHEREFORE, plaintiff Eros LLC demands judgment in its favor and against Defendant:

(a)    awarding Eros an amount equal to three times the damages sustained by Eros or three times Defendant's profits, whichever amount is greater;

(b)    awarding Eros prejudgment interest and costs of suit;

(c)    awarding Eros reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(b);

(d)    preliminarily and permanently enjoining Defendant from infringing the Mark, pursuant to 15 U.S.C. § 1116.

(e)    requiring Defendant to deliver up for destruction all infringing copies of the Items bearing the Mark, and all articles by means of which infringing copies of the Items may be reproduced; and

(f)    granting such other and further relief as the Court may deem just.

## COUNT II
## COPYRIGHT INFRINGEMENT

38.    Eros incorporates the allegations of paragraphs 1 through 37 as though set forth fully herein.

39.    By Defendant's conduct as described above, Defendant has infringed Eros's copyrights in the Items.

40.    Defendant's infringement was willful.

41.    As a direct and proximate result of Defendant's conduct, Eros has suffered damages.

42.    Upon information and belief, Defendant is continuing to infringe Eros's copyrights in the Items by, *inter alia*, copying, displaying, distributing and selling copies of the Items, and derivative works based on the Items, without Eros's authorization, and in the absence of an injunction prohibiting Defendant from doing so, intends to and will continue to do so in the future.

WHEREFORE, plaintiff Eros LLC demands judgment in its favor and against Defendant:

(a)    awarding Eros an amount equal to Eros's actual damages and any additional profits of Defendant, or in the alternative, statutory damages pursuant to 17 U.S.C. § 504;

(b)    awarding Eros prejudgment interest and its costs of suit;

(c)    awarding Eros reasonable attorneys' fees;

(d)    preliminarily and permanently enjoining Defendant from infringing Eros's copyrights in the Items;

(e)    requiring the impounding and destruction of all infringing copies of the Items and of all articles by means of which infringing copies of the Items may be reproduced, pursuant to 17 U.S.C. § 503; and

(f)    granting such other and further relief as the Court may deem just.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

Alfred Villoch III
Florida Bar No. 0631434
Sun Trust Financial Centre
401 E. Jackson Street, Suite 2500
Tampa, FL 33602-5236
Tel: (813) 222-8806
Fax: (813) 222-8189
alfred.villoch@bipc.com

Francis X. Taney, Jr., Esquire
1835 Market, 14th Floor
Philadelphia, PA 19103
(215) 665-8700
francis.taney@bipc.com

Attorneys for Plaintiff

Dated:  July 3, 2007

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA                    VAU
EFFECTIVE DATE OF REGISTRATION

_____

Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼                                NATURE OF THIS WORK ▼ See instructions

SexGen Platinum + Diamond Base v5.01               Computer Graphic/Animation

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼          Issue Date ▼          On Pages ▼

**NAME OF AUTHOR ▼**                                DATES OF BIRTH AND DEATH
                                                   Year Born ▼     Year Died ▼
Eros, LLC

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile Name of Country | Was This Author's Contribution to the Work | |
|---|---|---|---|
| ☐ Yes | OR { Citizen of __United States__ | Anonymous?  ☐ Yes ☑ No | If the answer to either of these questions is "Yes," see detailed instructions. |
| ☑ No | Domiciled in __Lutz, FLorida__ | Pseudonymous?  ☐ Yes ☑ No | |

Nature of Authorship Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

*Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.*

**Name of Author ▼**                               Dates of Birth and Death
                                                   Year Born ▼     Year Died ▼

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile Name of Country | Was This Author's Contribution to the Work | |
|---|---|---|---|
| ☐ Yes | OR { Citizen of _____ | Anonymous?  ☐ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed instructions. |
| ☐ No | Domiciled in _____ | Pseudonymous?  ☐ Yes ☐ No | |

Nature of Authorship Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

Year in Which Creation of This Work Was Completed          Date and Nation of First Publication of This Particular Work
2004          This information must be given. Year in all cases.   Complete this information ONLY if this work has been published.   Month __March__   Day __28__   Year __2005__
                                                                   __United States__                          Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eros, LLC
16207 September Drive, Lutz, Florida 33549

*See instructions before completing this space.*

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                    • See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT
C
tabbies

| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Eros, LLC
16207 September Drive, Lutz, Florida 33549

Area code and daytime telephone number  ( 813 ) 842-0761          Fax number     ( 813 ) 930-9206

Email   stroker.serpentine@gmail.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Eros, LLC
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Kevin Alderman, CEO, Eros, LLC                              Date  06/22/07

Handwritten signature (X) ▼

X _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address. | Name ▼<br>Eros, LLC |
| | 16207 September Drive |
| | Lutz, Florida 33549 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU _____
EFFECTIVE DATE OF REGISTRATION

_____

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

SexGen Platinum Base v.4.01

**NATURE OF THIS WORK ▼** See instructions

Computer Graphic/Animation

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼ _____ Number ▼ _____ Issue Date ▼ _____ On Pages ▼ _____

---

**NAME OF AUTHOR ▼**

Eros, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼ _____ Year Died ▼ _____

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___United States___
Domiciled in ___Lutz, FLorida___

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼ _____ Year Died ▼ _____

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**Year in Which Creation of This Work Was Completed**

2004

This information must be given in all cases.

Year

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.

Month ___March___ Day ___28___ Year ___2005___

___United States___    Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eros, LLC
16207 September Drive, Lutz, Florida 33549

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Eros, LLC
16207 September Drive, Lutz, Florida 33549

Area code and daytime telephone number  ( 813 ) 842-0761          Fax number  ( 813 ) 930-9206

Email  stroker.serpentine@gmail.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Eros, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Kevin Alderman, CEO, Eros, LLC                          Date  06/22/07

Handwritten signature (X) ▼

X _____

| | |
|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | **Name** ▼<br>Eros, LLC<br><br>**Number/Street/Apt** ▼<br>16207 September Drive<br><br>**City/State/ZIP** ▼<br>Lutz, Florida 33549 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.





**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

_____
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼
SexGen Platinum Base v4.01

Registration Number of the Basic Registration ▼
(As yet unassigned)

Year of Basic Registration ▼
2007

Name(s) of Author(s) ▼
Eros, LLC

Name(s) of Copyright Claimant(s) ▼
Eros, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number #2A        Line Heading or Description Name of Author

Incorrect Information as It Appears in Basic Registration ▼

Eros, LLC

Corrected Information ▼

Mr. Kevin Alderman resident of Lutz, Florida (also) Mr. Hans Croes resident of Amsterdam, Netherlands

Explanation of Correction ▼

Mr(s) Alderman and Croes subsequently assign their copyrights in the work to Eros LLC

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number #4        Line Heading or Description Transfer

Amplified Information and Explanation of Information ▼
Eros LLC is the owner of the copyrights by way of assignment from Mr. Alderman and Mr. Croes

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of_____ pages

| | FORM CA RECEIVED | FORM CA |
|---|---|---|
| | FUNDS RECEIVED DATE | |
| | EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE ☐ | |
| | REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Kevin Alderman
16207 September Dr.
Lutz, FL. 33549

Phone ( 813 ) 909-2071 _____    Fax ( ____ ) _____    Email stroker.serpentine@gmail.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant    ☑ duly authorized agent of  Eros, LLC
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Kevin Alderman, CEO, Eros, LLC _____    Date ▼  7/2/07

Handwritten signature (X) ▼  _Kevin Alderman_

| | |
|---|---|
| **Certificate will be mailed in window envelope to this address:** | Name ▼ _____<br><br>Number/Street/Apt ▼ _____<br><br>City/State/ZIP ▼ _____ |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full    Rev: 07/2006    Print: 07/2006—**,000    Printed on recycled paper







**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**
SexGen Platinum+Diamond Base v5.01

**Registration Number of the Basic Registration ▼**
(As yet unassigned)

**Year of Basic Registration ▼**
2007

**Name(s) of Author(s) ▼**
Eros, LLC

**Name(s) of Copyright Claimant(s) ▼**
Eros, LLC

**Location and Nature of Incorrect Information in Basic Registration ▼**
Line Number #2A    Line Heading or Description Name of Author

**Incorrect Information as It Appears in Basic Registration ▼**
Eros, LLC

**Corrected Information ▼**
Mr. Kevin Alderman resident of Lutz, Florida (also) Mr. Hans Croes resident of Amsterdam, Netherlands

**Explanation of Correction ▼**
Mr(s) Alderman and Croes subsequently assign their copyrights in the work to Eros LLC

**Location and Nature of Information in Basic Registration to be Amplified ▼**
Line Number #4    Line Heading or Description Transfer

**Amplified Information and Explanation of Information ▼**
Eros LLC is the owner of the copyrights by way of assignment from Mr. Alderman and Mr. Croes

**MORE ON BACK ▶** · Complete all applicable spaces (D-G) on the reverse side of this page.
· See detailed instructions.    · Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

| | FORM CA |
|---|---|
| FORM CA RECEIVED | |
| | |
| FUNDS RECEIVED DATE | |
| | FOR |
| EXAMINED BY | COPYRIGHT |
| | OFFICE |
| CORRESPONDENCE ☐ | USE |
| | ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO | |
| BASIC REGISTRATION   ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Kevin Alderman
16207 September Dr.
Lutz, FL. 33549

Phone ( 813) 909-2071 _____ Fax (____)_____ Email stroker.serpentine@gmail.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author       ☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of __Eros, LLC_____
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Kevin Alderman, CEO, Eros, LLC_____    Date ▼ 7/02/07

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ | YOU MUST: • Complete all necessary spaces • Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼ | SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* |
| | City/State/ZIP ▼ | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 07/2006   Print: 07/2006 — **,000   Printed on recycled paper        U.S. Government Printing Office: 2006 — ** -- / ** , ***







UNITED STATES
POSTAL SERVICE ®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0000 9954 1922**
Status: **Delivered**

Your item was delivered at 8:16 AM on June 26, 2007 in WASHINGTON,
DC 20559.

*Additional Details >*      *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

*Go >*

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   *Go >*



**POSTAL INSPECTORS**    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust               Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



**UNITED STATES
POSTAL SERVICE**

Track & Confirm                    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0000 9954 1915**
Status: **Delivered**

Your item was delivered at 7:49 AM on July 2, 2007 in WASHINGTON,
DC 20559.

*Additional Details >*    *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

*Go >*

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    *Go >*

---



POSTAL INSPECTORS       site map    contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy









