UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| EROS, LLC, | : | CIVIL ACTION NO.: |
| Plaintiff, | : | |
| v. | : | JURY TRIAL DEMANDED |
| JOHN DOE, a/k/a VOLKOV CATTENEO, a/k/a AARON LONG, | : | |
| Defendant. | : | |

**MOTION TO PROCEED PRO HAC VICE OF FRANCIS X. TANEY, JR., ESQ.**

Pursuant to Local Rule 2.02 governing the Admission and Practice of Attorneys contained within the Middle District of Florida, Francis X. Taney, Jr., Esq., applies for permission to appear and participate in this pending action of behalf of Plaintiff Eros, LLC. In support of this application, I state:

1. My Application for Admission Pro Hac Vice has been filed with this Court.

2. I have complied with both the fee and e-mail registration requirements of Local Rule 2.01(d).

3. I am not a resident of Florida.

4. I am a member in good standing of the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

5. I certify that I have studied the local rules of this Court.

6. I designate Alfred Villoch, III, Esq., as a member of the bar of this Court, with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, and upon whom all papers shall be served. Mr. Villoch's consent to this designation is incorporated below.

Dated: July 2, 2007        By: _____
                                Francis X. Taney, Jr.
                                Pa. Atty. Id. No. 76590
                                Buchanan Ingersoll & Rooney PC
                                1835 Market, 14th Floor
                                Philadelphia, PA 19103
                                Telephone: (215) 665-3846
                                Telefax: (215) 665-8760
                                Email: francis.taney@bipc.com

## CONSENT TO DESIGNATION

I, Alfred Villoch III, hereby consent to the designation set forth in the Motion to Proceed Pro Hac Vice of Francis X. Taney, Jr., to appear *pro hac vice* in this action.

Dated: July 3, 2007

                                By: /s/ Alfred Villoch III
                                **Alfred Villoch III**
                                Florida Bar ID No. 0631434
                                **BUCHANAN INGERSOLL & ROONEY PC**
                                SunTrust Financial Centre
                                401 E. Jackson St., Suite 2500
                                Tampa, FL 33602
                                Telephone: (813) 222-8180
                                Facsimile: (813) 222-8189
                                alfred.villoch@bipc.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SPECIAL ADMISSION
ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court

Eros LLC
Plaintiff(s)/Petitioner(s).
v

John Doe, a/k/a Volkov Catteneo

a/k/a Aaron Long
Defendant(s)/Respondent(s)

CASE NO: _____

I, Alfred Villoch, III _____ hereby submit this attorney certification form to the Court on behalf

of Francis X. Taney, Jr. _____

## ATTORNEY INFORMATION

Firm Name: Buchanan Ingersoll & Rooney PC
Address: 1835 Market, 14th Floor
City: Philadelphia    State: PA    Zip: 19103 -
Firm/Business Phone: 215 - 665 - 3846    Alternate Phone: 215 - 665 - 9700
Firm/Business Fax: 215 - 665 - 8760
E-mail Address: francis.taney @ bipc.com

## ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States  NOTE: If proceedings ARE pending at this time, please explain on the reverse side of this form
2. I am not a resident of the State of Florida
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida

I declare under penalty of perjury that the foregoing is true and correct

Signature _____    Date 7/1/07