✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## MIDDLE District of FLORIDA

EROS, LLC,
Plaintiff,

v.

ROBERT LEATHERWOOD and JOHN DOES 1-10,
Defendants,

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07-CV-01158-SCB-TGW

TO: (Name and address of Defendant)

Robert Leatherwood
7625 Sybil Drive
North Richland Hills, Texas 76180

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alfred Villoch, III
Buchanan Ingersoll & Rooney PC
SunTrust Financial Centre
401 E. Jackson St., Suite 2500
Tampa, Florida 33602

*AMENDED*

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                          2 4 OCT 2007

CLERK                                     DATE

(By) DEPUTY CLERK