AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10.25.07 10:24 AM |
| NAME OF SERVER (PRINT) RICHARD A. SLATKIN | TITLE TX LIC# A-08738 PRIVATE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint   BARBRA K. ALLEN · 58

☐ Returned _____

☐ Other _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  10.25.07
          Date              Signature of Server

P.O. Box 12.1963
FORT WORTH, TX  76121-1963
817-732-0593

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure