# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | | |
|---|---|---|
| EROS, LLC, | : | CIVIL ACTION NO.: |
| | : | 8:07-CV-01158-SCB-TEW |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| ROBERT LEATHERWOOD and | : | |
| JOHN DOES 1-10, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## REQUEST FOR ENTRY OF DEFAULT
## AGAINST DEFENDANT ROBERT LEATHERWOOD

TO THE CLERK OF COURT:

Kindly enter a default against defendant Robert Leatherwood for failure to plead or otherwise defend, as demonstrated in the declaration attached as **Exhibit A** hereto.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*A. Villoch*

Alfred Villoch, III
Florida Bar No. 0631434
Sun Trust Financial Centre
401 E. Jackson Street, Suite 2500
Tampa, FL 33602-5236
alfred.villoch@bipc.com

Francis X. Taney, Jr., Esquire
1835 Market, 14th Floor
Philadelphia, PA 19103
(215) 665-8700
francis.taney@bipc.com

Attorneys for Plaintiff

Dated: November 15, 2007