# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | | |
|---|---|---|
| EROS, LLC, | : | CIVIL ACTION NO.: |
| | : | 8:07-CV-01158-SCB-TEW |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| ROBERT LEATHERWOOD and | : | |
| JOHN DOES 1-10, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DECLARATION OF FRANCIS X. TANEY, JR.
## IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT
## AGAINST DEFENDANT ROBERT LEATHERWOOD

Pursuant to 28 U.S.C. § 1746, I, Francis X. Taney, Jr., declare as follows:

1. I am counsel for plaintiff Eros LLC ("Eros") with respect to this matter. I am a member of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and have been admitted *pro hac vice* to appear on Eros's behalf in this matter.

2. I am giving this declaration in support of Eros's Request for Entry of Default Against Defendant Robert Leatherwood.

3. On October 25, Eros effected service of the First Amended Complaint upon defendant Robert Leatherwood by leaving copies of the summons and the First Amended Complaint at Robert Leatherwood's usual place of abode with a person of suitable age and discretion then residing therein. A true and correct copy of the affidavit of service submitted by the person effecting service is attached hereto as Exhibit 1.



EXHIBIT A

Dockets.Justia.com

4. As of the present date, Robert Leatherwood has failed to plead or otherwise defend against the First Amended Complaint as provided by the Federal Rules of Civil Procedure.

I hereby declare under the penalty of perjury under the laws of the United States of America that the foregoing statements made by me are true and correct.

Executed in Philadelphia, Pennsylvania
on November 15, 2007

Francis X. Taney, Jr.

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10.25.07 10:24 AM |
| NAME OF SERVER (PRINT) RICHARD A. SLATKIN | TITLE TX LIC# A-08738 PRIVATE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint   BARBRA K. ALLEN - 58

☐ Returned _____

☐ Other _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  10.25.07
                Date                  Signature of Server

P.O. BOX 121963
Address of Server FORT WORTH, TX 76121-1963
817-732-0593

**EXHIBIT 1**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure