UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| EROS, LLC, | : | CIVIL ACTION NO.: |
| | : | 8:07-CV-01158-SCB-TEW |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| ROBERT LEATHERWOOD and | : | |
| JOHN DOES 1-10, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ENTRY OF DEFAULT AGAINST DEFENDANT ROBERT LEATHERWOOD**

**AND NOW**, this ____ day of _____ 2007, pursuant to Federal Rule of Civil Procedure 55(a), Default is entered against Defendant Robert Leatherwood for failure to plead or otherwise defend against the First Amended Complaint as provided by the Federal Rules of Civil Procedure.

_____
Clerk of Court

Eros, LLC v. Doe     Doc. 14 Att. 2

Dockets.Justia.com