# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**EROS, LLC,**

                **Plaintiff,**

**-vs-**                                      **Case No. 8:07-cv-1158-T-24TGW**

**JOHN DOE, a/k/a VOLKOV CATTENEO, a/k/a
AARON LONG, ROBERT LEATHERWOOD,
and JOHN 1-10 DOES,**

                **Defendants.**
_____/

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **Robert Leatherwood** in Tampa, Florida on this 16th day of November, 2007.

                                                SHERYL L. LOESCH, CLERK

                                          **s:/ M. Hamner**
                                          By:   M. Hamner, Deputy Clerk

Copies furnished to:

Counsel of Record
Any Unrepresented Party